UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TONY BANGTSON, | * | FILE NO. 17-CV3007 |
| Plaintiff, | * | |
| vs. | * | JOINT MOTION TO |
| | * | STAY PROCEEDINGS |
| CHARLES BAKER TRUCKING, LCC and CHARLES BAKER d/b/a CHARLES BAKER FARMS, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff commenced this action against the Defendants, in part, as a precautionary and protective lawsuit to avoid the running of the statute of limitations on Plaintiff's potential claims against the Defendants.

The Plaintiff has pending before the Department of Labor, a worker's compensation claim against these same Defendants. In that proceeding, the parties have taken depositions and exchanged written discovery. The Defendants have filed Motions for Summary Judgment, and the briefs have been submitted to the Administrative Law Judge for the Department of Labor on those Motions.

The worker's compensation proceeding includes some of the same issues as are asserted in this action. The parties believe that it would be in the best interest of everyone to have a final resolution of the state proceedings, because the outcome of those proceedings may bear on some of the same issues asserted in this case.

1

A Federal District Court has the inherent power to control its docket and in doing so, can stay the federal case pending resolution of ongoing state proceedings. *Lunde v. Helms*, 898 F.2d 1343, 1345 (8th Cir. 1990).

The parties respectfully request that this Court stay all further proceedings in this action pending the final resolution of the state proceedings.

Dated this 23rd day of June, 2017.

NASSER LAW OFFICES, P.C.

Jolene R. Nasser
Jolene@nasserlaw.com
N. Dean Nasser, Jr.
204 South Main Avenue
Sioux Falls SD 57104-6310
Telephone: (605) 335-0001
Facsimile: (605) 335-6269
*Attorneys for Plaintiff*

2

Dated this 27th day of June, 2017.

SCHAFFER LAW OFFICE, PROF. LLC

/s/ Michael J. Schaffer

Michael J. Schaffer
mikes@schafferlawoffice.com
412 West 9th Street, Ste 1
Sioux Falls, SD  57104-3602
Telephone (605) 274-6760
Facsimile  (605) 274-6764
  *Attorneys for Charles Baker d/b/a Charles Baker Farms*

Dated this 26th day of June, 2017.

JERRY JOHNSON LAW OFFICE

Jerry D. Johnson
jdjbjck@aol.com
909 St. Joseph St., Suite 800
Rapid City SD 57701
Telephone: (605) 791-4041
Facsimile: (605) 342-3616
*Attorneys for Charles Baker Trucking, LLC*

4