UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| TROY BANGTSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES BAKER TRUCKING, LLC,<br>CHARLES BAKER,<br><br>    Defendants. | 3:17-CV-03007-RAL<br><br><br>ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS |

   On June 27, 2017, the parties filed a Joint Motion to Stay Proceedings, Doc. 14, seeking a stay of the case pending resolution of worker's compensation proceedings. For good cause, it is hereby

   ORDERED that the Joint Motion to Stay Proceedings, Doc. 14, is granted and that the parties notify this Court when the worker's compensation proceedings are completed or when cause exists to lift this stay.

   DATED this 28th day of June, 2017.

              BY THE COURT:

              *Roberto A. Lange*

              ROBERTO A. LANGE
              UNITED STATES DISTRICT JUDGE